UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :
                                    :     ORDER
        VS.                         :
RASHEAD LAMAR MILLER                :
        Defendant                   :
                                    :     CR. NO. 19-570-1(FLW)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 28th day of August, 2019,

ORDERED that <u>Benjamin West, AFPD</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

                                    s/Freda L. Wolfson
                                    FREDA L. WOLFSON
                              UNITED STATES CHIEF JUDGE

cc: Federal Public Defender