UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RASHEAD MILLER | Crim. No. 19-CR-570 (ZNQ)<br><br>**RELEASE ORDER** |

This matter having been brought before the Court by the defendant Rashead Miller (by Andrea Aldana, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Eric Suggs) consenting, and the United States Probation Office (by Tiffany Francis) consenting, for an Order releasing Mr. Miller on certain conditions; and

WHEREAS a detention order was imposed by this Court on August 13, 2024; and

WHEREAS the parties have agreed for Mr. Miller to be released on the standard conditions, including drug testing and treatment, and mental health treatment.

IT IS, therefore, on this __2nd__ day of October 2024,

ORDERED that:

1. Mr. Miller shall be released from the custody of the United States Marshal Service on **October 3, 2024, at 9 a.m.** into the care of his sister, Porsche Merricks; and

2. All prior conditions of supervision remain in place as Mr. Miller will remain under Probation's supervision, and he must continue to comply with all of Probation's conditions and recommendations as part of his continued Supervised Release until the resolution of his pending Violation of Supervised

Release matter for the above-captioned case.

_____
HON. ~~TONIANNE BONGIOVANNI~~ Justin T. Quinn
United States Magistrate Judge